1

2

3

4

5

6

7

8                                **UNITED STATES DISTRICT COURT**

9                                **CENTRAL DISTRICT OF CALIFORNIA**

10

11   GLENN DAVID O'NEAL,                    ) NO. EDCV 09-2297-DDP (MAN)
                                            )
12                    Plaintiff,            )
                                            )
13        v.                                ) ORDER ADOPTING FINDINGS,
                                            )
14   SAN BERNARDINO SHERIFF'S               ) CONCLUSIONS, AND RECOMMENDATIONS
     DEPARTMENT, et al.,                    )
15                                          ) OF UNITED STATES MAGISTRATE JUDGE
                      Defendants.           )
16   _____)

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint,

19   defendants' Motion To Dismiss ("Motion"), all of the records herein, the

20   Report and Recommendation of United States Magistrate Judge ("Report"),

21   and Plaintiff's Objection to the Report.  The Court has conducted a *de*

22   *novo* review of those matters to which objections have been stated in

23   writing and has considered the new allegations made in, and exhibits

24   appended to, the Objection.  Having completed its review, the Court

25   accepts and adopts the Report and the findings of fact, conclusions of

26   law, and recommendations therein.

27

28

1    IT IS ORDERED that:  (1) the Motion is GRANTED pursuant to Fed. R.

2  Civ. P. 12(b)(6); (2) the Complaint is dismissed with leave to amend;

3  and (3) if Plaintiff wishes to pursue this action, he shall file and

4  serve, within thirty (30) days of this Order, a First Amended Complaint

5  that corrects the defects identified in the Report.

6

7    IT IS SO ORDERED.

8

9  DATED:   September 7, 2011   .

10

11                                _____

12                                    DEAN D. PREGERSON
                                  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2